**PRIORITY SEND**
**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   EDCV 09-1564-VAP (RCx)                              Date: September 3, 2009

Title:   FEDERAL NATIONAL MORTGAGE ASSOCIATION -v- IRINEO JUAREZ, and DOES 1 through 10, inclusive
================================================================
PRESENT:   HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

|  |  |
|---|---|
| Marva Dillard | None Present |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

PROCEEDINGS:   MINUTE ORDER REMANDING ACTION TO CALIFORNIA SUPERIOR COURT, SAN BERNARDINO COUNTY (IN CHAMBERS)

     On April 6, 2009, Plaintiff Federal National Mortgage Association ("Plaintiff") filed a "Complaint for Unlawful Detainer" against Defendant Irineo Juarez ("Defendant").  On August 25, 2009, Defendant removed the action on the basis of federal question jurisdiction, 28 U.S.C. § 1331.  (See Not. of Removal at 2.)

     Removal jurisdiction is governed by statute.  See 28 U.S.C. §1441, et seq.  The Ninth Circuit applies a strong presumption against removal jurisdiction, ensuring "the defendant always has the burden of establishing that removal is proper."  Gaus v. Miles, Inc., 980 F.2d 564, 566 (9th Cir. 1992) (citing Nishimoto v. FedermanBachrach & Assocs., 903 F.2d 709, 712 n.3 (9th Cir. 1990)); see also In re Ford Motor Co./Citibank (South Dakota), N.A., 264 F.3d 952, 957 (9th Cir.

MINUTES FORM 11                                              Initials of Deputy Clerk ___md____
CIVIL -- GEN                             Page 1

EDCV 09-1564-VAP (RCx)
FEDERAL NATIONAL MORTGAGE ASSOCIATION v. IRINEO JUAREZ
MINUTE ORDER of August 31, 2009

2001) ("The party asserting federal jurisdiction bears the burden of proving the case is properly in federal court.").

    Defendant alleges the basis for removal is federal question jurisdiction, 28 U.S.C. § 1331, because the claims "arise under" federal law. (See Not. of Removal at 2.) From the face of the Complaint, Plaintiff's only claim is for unlawful detainer, a California state law action. See Franchise Tax Bd. v. Constr. Laborers Trust, 463 U.S. 1, 10 (1983) (defendant may not remove case to federal court unless basis for federal jurisdiction apparent on the face of the complaint). Accordingly, Defendant has not shown the Court's jurisdiction based on federal question, 28 U.S.C. § 1331.

    Defendant has not met the burden of establishing that the case is properly in federal court. Gaus, 980 F.2d at 566. Accordingly, the Court REMANDS the action to the Superior Court of California, San Bernardino County.

    **IT IS SO ORDERED.**